JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFTBAY INC. (DBA Marche Unique), <br><br> Plaintiff, <br><br> v. <br><br> XIAOHONG XUE, an individual; QI SHIJIA, an individual; and JING ZHOU, and individual; JOHN DOES (1-6), and XYZ CORPORATIONS (1-6), <br><br> Defendants. <br><br> JING ZHOU, an individual, <br><br> Counterclaimant, <br> v. <br><br> DEFTBAY INC. (DBA Marche Unique), <br><br> Counter-Defendant | Case No. 2:21-cv-4260 AB (JEMx) <br><br> [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE <br><br> **Assigned to Hon. Andre Birotte, Jr.** |

ORDER FOR DISMISSAL WITH PREJUDICE
1

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims and causes of action against all parties, with each party to bear its own attorney's fees and costs.

Dated: September 29, 2022

Hon. Andre Birotte Jr.
UNITED STATES DISTRICT JUDGE